*JS-6 Entered*

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID LAM VUONG,

                Petitioner,

    vs.

DEBRA DEXTER, Warden,

                Respondent.

Case No.  CV 08-3022-DOC (RNB)

**J U D G M E N T**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   *August 25, 2009*

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY